IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| IN RE: | CV 18-154-BLG-SPW |
|---|---|
| JEFFREY W. BERGER & TAMI M. BERGER, | ORDER |
| Debtors. | |

The Creditor, Bank of Colorado moves for the admission of John O'Brien to practice before the Court in the above captioned matter with Geoffrey R. Keller of Billings, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d), and Debtors do not object.

IT IS SO ORDERED that Creditor, Bank of Colorado's motion to admit John O'Brien to appear *pro hac vice* (Doc. 5) is GRANTED and he is authorized to appear as counsel with Geoffrey R. Keller pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 15th day of November, 2018.

SUSAN P. WATTERS
United States District Judge

1